## Anton Pulte v. Wayne Circuit Judge.
[See ante, p. 560.]

*Appeal bonds—Insufficiency.*

Where an appeal bond is defective or insufficient, the remedy is by motion in the Supreme Court for leave to amend or file a new bond, and not by mandamus against the judge who approved it.

Motion for order to show cause. Submitted October 11, 1881. Denied October 12.

*Ed. E. Kane* for the motion.

---

## Helen B. Bates v. Detroit Mutual Benefit Association.
[See ante, p. 426.]

*Mutual benefit associations—Insurance.*

Mandamus does not lie to compel a mutual benefit insurance company to levy an assessment to pay the amount falling due upon the death of a member; the proper course is to bring suit upon the undertaking of the company.

Motion for order to show cause. Submitted and denied October 18.

*John Atkinson* for the motion.